# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00507-CV

### C. V., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
### NO. 19-1044-A, THE HONORABLE DAVID JUNKIN, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant C. V. filed her notice of appeal on October 14, 2020. The appellate record was complete on December 3, 2020, making appellant's brief due on December 23, 2020. On December 22, 2020, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Amanda J. Wilhelm to file appellant's brief no later than January 12, 2021. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on December 23, 2020.

Before Justices Goodwin, Triana, and Smith